# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | Case No. 1:18-cr-25 |
| ) | |
| **AMAAD MALIEK ALI a/k/a** ) | |
| **DWAYNE ALEXANDER WHITE** ) | |

## ORDER

AND NOW, this 5th day of February, 2019, upon consideration of Defendant's Motion to Dismiss filed in the above-captioned matter, ECF No. 43,

IT IS HEREBY ORDERED that Defendants' motion is DENIED without prejudice. Defendant is currently represented by appointed counsel and therefore, any motions to obtain discovery or to challenge the legality of his arrest may be raised by defense counsel. Further, Defendant is instructed to direct all future correspondence and desired motions to his attorney. *See McCoy v. Louisiana*, 138 S. Ct. 1500, 1508 (2018) (discussing the role of counsel in conducting "trial management" of a criminal case versus the types of decisions that are strictly reserved for the accused).

IT IS FURTHER ORDERED that Defendant's motion to have Magistrate Judge Lanzillo arrested for treason is facially frivolous and is hereby DENIED. To the extent Defendant seeks to challenge Magistrate Judge Lanzillo's fitness or ability to preside over his civil action at No. 1:18-cv-102, Defendant must raise such challenges by filing a motion, in his civil action, for Judge Lanzillo's recusal.

                                                                                        s/Susan Paradise Baxter
                                                                                        SUSAN PARADISE BAXTER
                                                                                        UNITED STATES DISTRICT JUDGE